UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLITA BLANCO,<br><br>                    Plaintiff,<br><br>-against-<br><br>FEDERAL GOVERNMENT (HHS), ET AL,<br><br>                    Defendants. | 24-cv-8202 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 3, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                             Chief United States District Judge